IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED OPTICAL TRACKING, LLC, | § § | |
| Plaintiff, | § § | Civil Case No. 1:12-cv-1385 (LPS) |
| v. | § § | |
| PANASONIC CORPORATION and PANASONIC CORPORATION OF NORTH AMERICA, INC., | § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Advanced Optical Tracking, LLC and Defendants Panasonic Corporation and Panasonic Corporation of North America, Inc. in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  October 21, 2013

| STAMOULIS & WEINBLATT LLC | ASHBY & GEDDES |
|---|---|
| */s/ Richard C. Weinblatt* | */s/  John G. Day* |
| Stamatios Stamoulis #4606 | John G. Day (#2403) |
| Email:  stamoulis@swdelaw.com | Lauren E. Maguire (#4261) |
| Richard C. Weinblatt #5080 | Andrew C. Mayo (#5207) |
| Email:  weinblatt@swdelaw.com | 500 Delaware Avenue, 8th Floor |
| Two Fox Point Centre | P.O. Box 1150 |
| 6 Denny Road, Suite 307 | Wilmington, DE 19899 |
| Wilmington, DE 19809 | jday@ashby-geddes.com |
| Telephone: (302) 999-1540 | lmaguire@ashby-geddes.com |
|  | amayo@ashby-geddes.com |
| Jonathan Baker |  |
| FARNEY DANIELS PC | Steven J. Routh |
| 411 Borel Ave., Suite 350 | Sten A. Jensen |
| San Mateo, CA  94402 | ORRICK, HERRINGTON |
| (424) 268-5200 |   & SUTCLIFFE LLP |
| Email:  jbaker@farneydaniels.com | Columbia Center |
|  | 1152 15th Street, N.W. |
| Stephanie R. Wood | Washington, DC 20005-1706 |
| FARNEY DANIELS PC | (202) 339-8400 |
| 800 South Austin Ave., Suite 200 |  |
| Georgetown, Texas  78626 | *Attorneys for Defendants Panasonic* |
| (512) 582-2828 | *Corporation and Panasonic Corporation of* |
| Email:  swood@farneydaniels.com | *North America, Inc.* |
|  |  |
| *Attorneys for Plaintiff* |  |
| *Advanced Optical Tracking, LLC* |  |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon the counsel of record by electronically filing the document with the Clerk of the Court using the CM/ECF system on October 21, 2013.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis